# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| STEVE TYSON, | : | Case No. 3:23-cv-272 |
| Plaintiff, | : | |
| | : | District Judge Thomas M. Rose |
| vs. | : | |
| | : | Magistrate Judge Caroline H. Gentry |
| JUDGE MIA W. SPELLS, | : | |
| Defendant. | : | |
| | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. NO. 4)**

The Court has conducted a *de novo* review of the Report and Recommendation of United States Magistrate Judge Caroline H. Gentry (Doc. No. 4), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ACCEPTS** Magistrate Judge Gentry's analysis and **ADOPTS** the Report and Recommendation.

In accordance with the Report and Recommendation, Plaintiff's Applications to Proceed Without Prepayment of Fees (Doc. Nos. 1 & 3) are **DENIED**.  Plaintiff Steve Tyson is hereby **ORDERED** to pay the Court's full filing fee of $402.00 within **thirty (30) days** of this Entry and Order.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, January 2, 2024.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE