AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Steve Tyson, *Plaintiff* | ) ) |
| v. | ) Civil Action No. 3:23-cv-00272 |
| Judge Mia W. Spells, *Defendant* | ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: ENTRY AND ORDER OVERRULING OBJ. TO REPORT AND RECOMMENDATION (DOC. NO. 11 ); ADOPTING, IN FULL, REPORT AND RECOMMENDATION (DOC. NO. 9 ); AND, TERMINATING THIS CASE THE COURT'S DOCKET.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Report and Recommendations

Date: 10/3/2024

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk